IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN HUNTER, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-3408 |
| UNION PACIFIC RAILROAD COMPANY, | § § | |
| Defendant. | § § § | |

**FINAL JUDGMENT**

In accordance with the memorandum and opinion of today's date, Union Pacific Railroad Company's motion for summary judgment is granted, dismissing Steven Hunter's claims. This is a final judgment.

SIGNED on June 25, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge